777 A.2d 1055

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Charles F. HOLDER, Petitioner.**

Supreme Court of Pennsylvania.

June 12, 2001.

### *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of June, 2001, the Petition for Allowance of Appeal is GRANTED, limited as follows:

Did the trial court err in denying Petitioner's motion in limine on grounds of collateral estoppel? If collateral estoppel was properly applied, did Superior Court err in failing to review the evidentiary ruling on the merits? See *Commonwealth v. Lagana,* 510 Pa. 477, 509 A.2d 863, 866–67 (1986).